UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMED EGYPT1, AMINA EGYPT1, and NEFERTARI EGYPT1,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; DANIELLE LEHMAN, Director of the San Francisco Asylum Office, United States Citizenship and Immigration Services; LEANNE LEIGH, Director of the San Francisco Asylum Office, United States Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and KIKA SCOTT, Acting Director, United States Citizenship and Immigration Services,<br><br>Defendants. | CASE NO. 2:25-cv-00282-JNW<br><br>ORDER |

This matter comes before the Court on two motions. First, Plaintiffs Mohammed Egypt1, Amina Egypt1, and Nefertari Egypt1 moved to proceed under these pseudonyms. Dkt. No. 7. Plaintiffs argue good cause exists for their motion

**ORDER** - 1

because, as asylum applicants, they risk persecution by publicizing their identifies. *Id.* at 3–5. Plaintiffs' counsel also certifies that "Defendants have no position with regard to this motion." *Id.* at 3. Because there is good cause to keep Plaintiffs' names under seal and because Defendants do not oppose Plaintiffs' motion, the Court GRANTS Plaintiffs' motion to allow the case to proceed under pseudonym.

Second, the parties ask the Court to hold the case in abeyance until October 9, 2025. Dkt. No. 9. The parties request a stay to allow time to resolve the case without further judicial intervention. Because there is good cause to stay this matter, the Court GRANTS the parties' stipulated motion at Dkt. No. 9. If the case is not resolved by October 9, 2025, the parties must file a joint status report with the Court no later than October 9, 2025, explaining the status of the case.

Dated this 6th day of May, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2